UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | CASE NO. 20-40457 |
| ) | |
| BRIDGET L. RANKIN ) | CHAPTER 7 |
| BRADLEY A. RANKIN ) | |
| ) | JUDGE TIIARA N.A. PATTON |
| ) | |
| ) | MOTION TO APPEAR PRO HAC |
| ) | VICE OF MARK E. BERNS |

To: The Honorable Tiiara N.A. Patton of the United States Bankruptcy Court for the Northern District of Ohio Eastern Division:

COMES NOW Mark E. Berns ("Applicant Berns") and moves this honorable Court pursuant to Local Rule 2090-1(b) to grant admission to the United States Bankruptcy Court for the Northern District of Ohio Eastern Division *pro hac vice* for him to appear in the above-captioned Chapter 7 case (the "Bankruptcy Case") as the attorney representing the Trustee in a personal injury claim of Bridget L. Rankin, due to Roundup exposure. Applicant Berns hereby respectfully certifies, under penalty of perjury, as follows:

1. I am a lawyer with Onder Law, LLC, whose office is located at 110 East Lockwood, St. Louis, MO 63119.

2. I am and have been a member in good standing with the Missouri State Bar since 2003.

3. I am and have been a member in good standing of the bar of the Missouri Supreme Court and am admitted to practice before Missouri State Courts, United States District Courts for the District of Missouri.

4. I am in good standing now in all courts to which I have been admitted and have never been and am not now the subject of any disciplinary proceeding.

5. I have read and am familiar with the Local Rules of the United States Bankruptcy Court for the Northern District of Ohio and will comply with these rules.

6. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this Bankruptcy Case.

WHEREFORE, Applicant Berns prays that this Court enter an order permitting him to appear in the United States Bankruptcy Court for the Northern District of Ohio Eastern Division *pro hac vice* for this case only.

Dated: September 21, 2020

Respectfully submitted,

ONDER LAW, LLC

By: /s/ Mark E. Berns

Mark E. Berns    Bar No. 50895
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax no.: 314-963-1700
Email: Berns@onderlaw.com
Personal Injury Counsel for Bridget Rankin

# CERTIFICATE OF SERVICE

I certify that on the __21st__ day of September, 2020 a true and correct copy of the Motion to Appear Pro Hac Vice was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's electronic mail notice list:

Scott R. Belhorn ust35 on behalf of the U.S. Trustee, at Scott.R.Belhorn@usdoj.gov

Rick S. Pluma, on behalf of the Debtor, at rpluma@ohiolegalclinic.com


And by regular U. S. Mail, postage prepaid to:

Bridget L. Rankin
Bradley A. Rankin
3232 North Park Avenue Ext.
Warren, OH 44481

Mark E. Berns
OnderLaw, LLC
110 East Lockwood
St. Louis, MO 63119


                                                  /s/ Michael D. Buzulencia
                                                  Michael D. Buzulencia
                                                  Chapter 7 Trustee