UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 20-40457 |
| BRIDGET L. RANKIN | ) | |
| BRADLEY A. RANKIN | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| | ) | APPEAR PRO HAC VICE OF |
| | ) | MARK E. BERNS |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter hereby GRANTS the Motion to Appear Pro Hac Vice of Mark E. Berns in the above captioned matter.

### ###

SO ORDERED

This Order submitted by:

/s/Michael D. Buzulencia
MICHAEL D. BUZULENCIA  (0015291)
Chapter 7 Trustee
150 East Market Street, Suite 300
Warren, Ohio  44481
Telephone:  (330) 392-8551
Facsimile:  (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com

This Order Was Served by the U.S. Bankruptcy Court to the following parties:

    Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice list:

Scott R. Belhorn ust35 on behalf of the U.S. Trustee, at Scott.R.Belhorn@usdoj.gov

Rick S. Pluma, on behalf of the Debtor, at rpluma@ohiolegalclinic.com

And by regular U. S. Mail, postage prepaid to:

Bridget L. Rankin
Bradley A. Rankin
3232 North Park Avenue Ext.
Warren, OH  44481

Mark E. Berns
OnderLaw, LLC
110 East Lockwood
St. Louis, MO  63119