IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-40457 |
| | ) | |
| BRIDGET L. RANKIN | ) | CHAPTER 7 |
| BRADLEY A. RANKIN | ) | |
| | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |
| Debtor(s) | ) | AFFIDAVIT |

Mark E. Berns, being duly sworn according to law deposes and says that he is an Attorney, duly authorized to practice in the State of Missouri and before the United States District Court for the Eastern District of Missouri; that he is qualified to act as Special Counsel for Trustee and that he has no connection with the debtors, or any creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that he represents debtors in the claim to be pursued herein pre-petition, he is not a relative nor has any connections with any Judge of the Court making or approving the employment as to render such employment or appointment improper.

Mark E. Berns Bar no. MO50895
Onder Law, LLC
110 East Lockwood
St. Louis, MO 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700
Email: Berns@onderlaw.com

STATE OF MISSOURI   )
                    ) SS:
COUNTY OF St. Louis )

SWORN TO AND SUBSCRIBED in my presence this 16th day of September, 2020.

NOTARY PUBLIC

MARI ANNE EVANS
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Saint Louis County
My Commission Expires: November 19, 2021
Commission # 17993719

20-40457-tnap    Doc 28-1    FILED 11/03/20    ENTERED 11/03/20 14:44:09    Page 1 of 1