REPRESENTATION AGREEMENT
- TRUSTEE CONTINGENCY -

This Agreement is made by and between <u>Mark E. Berns of Onder Law, LLC,</u> hereinafter referred to as Attorney, and Michael D. Buzulencia, hereinafter referred to as Client, this 16th day of September, 2020.

Client authorizes Attorney to represent him in the following matter(s), described and known as: bankruptcy case no. 20-40457  Bridget and Bradley Rankin.

Attorney has had 17 years of experience in the practice of law and is competent to handle work involved and type of issues involved in the above matter(s). Attorney agrees to represent Client with diligence and to the best of his ability and shall take all steps necessary to protect Client's interest in the following terms and conditions. Client shall be updated as developments occur in the above matter(s).

Attorney does not undertake or obligate himself to give financial or tax advice as to the implications of those items as related to Client's claim.

As compensation, Attorney fees shall be computed as follows: <u>as approved by Court.</u>

If the case shall be appealed or if Client desires representation as a creditor in a Bankruptcy proceeds, or if a Motion to Vacate is filed by an adverse party, a new Representation Agreement will have to be entered into by the parties. Expenses shall be paid as agreed on, subject to court approval.

Client shall forward to Attorney any and all necessary documents in order to allow Attorney to adequately represent Client. Client and Attorney agree to cooperate in prosecution of the above matter(s) as much as is possible.

DATED: 9/16/2020

Bridget L. Rankin
CLIENT

Onder Law, LLC
By: Mark E. Berns