# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: | ) | CASE NO. 20-40457 |
|---|---|---|
| | ) | |
| BRIDGET L. RANKIN | ) | CHAPTER 7 |
| BRADLEY A. RANKIN | ) | |
| | ) | JUDGE TIIARA N.A. PATTON |
| Debtor(s) | ) | |
| | ) | **ORDER OF APPOINTMENT** |
| | ) | **OF SPECIAL COUNSEL FOR** |
| | ) | **TRUSTEE** |

This cause came on to be heard upon the Application of Michael D. Buzulencia, Chapter 7 Trustee, for an Order to employ Mark E. Berns and the Law Firm of OnderLaw, LLC, as Special Counsel for the estate.

The Court being satisfied that Mark E. Berns and the Law Firm of OnderLaw, LLC represent no interest adverse to the Trustee or to the Estate in matters upon

which they are to be engaged.

IT IS SO ORDERED that the Trustee herein is authorized to employ the services of Mark E. Berns and the Law Firm of OnderLaw, LLC, as Special Counsel for the Trustee under the terms and conditions described in the Application.

###

Submitted by:

/s/ Michael D. Buzulencia
MICHAEL D. BUZULECIA (0015291)
Chapter 7 Trustee

This Order Was Served by the U.S. Bankruptcy Court to the following parties:

Via the Court's Electronic Case Filing System on the following entities and individuals who are listed on the Court's Electronic Mail Notice List:

United States Trustee (Registered address)@usdoj.gov

Rick S. Pluma, Attorney for Debtor at rpluma@ohiolegalclinic.com

And by regular U. S. Mail, postage prepaid to:

Bridget L. Rankin
Bradley A. Rankin
3232 North Park Avenue Ext.
Warren, OH 44481

Mark E. Berns, Esq.
OnderLaw, LLC
110 East Lockwood
St. Louis, MO 63119